Beryl Ann Wright, Pro se
c/o 790 Smith Drive
College Place, Washington
U.S.A. [99324]
Y<sup>e</sup>howshua' is anointed Lord and
judge of earth to the glory of Most
High God Y<sup>e</sup>hovah the Father.
Philippians 2:11

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| Beryl Ann Wright, Pro se<br>　　　　　　Plaintiff,<br>vs.<br><br>JPMorgan Chase Bank, N.A.; Federal National Mortgage Association; MTGLQ Investors, L.P.; Quality Loan Service Corp of Washington; Shellpoint Mortgage Servicing, LLC; Nationwide Title Clearing, Inc.; and Does 1-x,<br>　　　　　　Defendants. | No. 4:16-cv-05155-EFS<br>Case No.: 16-02-00708-3<br><br>PLAINTIFF'S MOTION TO STRIKE REQUEST FOR ORAL ARGUMENT |
|---|---|

　　NOW COMES Plaintiff, Beryl Ann Wright, and moves this Court to strike her request for oral argument, inadvertently left in the caption of her 1/19/2017 ECF filing of REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND, BY AFFIDAVIT ORAL ARGUMENT REQUESTED (Reply). Oral argument is not mentioned in the body of the Reply.

　　Plaintiff has no compelling reason for oral argument on her motion for remand and Reply. I believe the just, legal and procedural grounds, applicable law, judicial opinions, fairness, and sound reasoning to compel this Court's order to remand this case to Superior Court are sufficiently stated in my Motion and Reply, requiring no further argument.

　　Striking the request for oral argument will conserve the resources, time, and energy of this Court and the parties for more necessary work.

　　Wherefore, pursuant to FRCP Rule 12(f)[1], Plaintiff moves this Court to strike Plaintiff's request for oral argument from her Reply.

　　Respectfully submitted 1/20/2016.
　　　　　　　　　　　　Seal:____[signature]____  1/20/2017
　　　　　　　　　　　　　　Beryl Ann Wright, pro se    Date A.D.

---

[1] Rule 12. Defenses and Objections: When and How Presented; Motion for Judgment on the Pleadings; Consolidating Motions; Waiving Defenses; Pretrial Hearing
(f) MOTION TO STRIKE. The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act:
(1) on its own; or
(2) on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading.