# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Beryl Ann Wright <br> *Plaintiff* <br> v. <br> Quality Loan Service Corp of Washington <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 4:16-cv-05155-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Quality Loan Service Corp. of Washington's Motion for Summary Judgment, ECF 11, GRANTED.
Defendant Quality Loan Service Corp. of Washington's Motion for Future Trustee's Sale, ECF 73, DENIED
All claims against Quality Loan Service Corp. of Washington, DISMISSED WITH PREJUDICE.
All claims against Doe Defendants, DISMISSED WITHOUT PREJUDICE.
Judgment in Defendants' favor.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on a motion for Future Trustee's Sale, ECF 73, DENIED. Defendant Quality Loan Service Corp Motion for Summary Judgment, ECF 11, GRANTED. Claims against Doe Defendants, DISMISSED WITHOUT PREJUDICE. Claims against Quality Loan Service Corp. of Washington, DISMISSED WITH PREJUDICE.

Date: 4/18/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler